CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 20 2020

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **SCOTT MITCHELL OUELLETTE,** | |
| Plaintiff, | Civil Action No. 7:19cv00342 |
| v. | **MEMORANDUM OPINION** |
| **MISTY LANE, et al.,** | By: Jackson L. Kiser |
| Defendants. | Senior United States District Judge |

Plaintiff Scott Mitchell Ouellette, an inmate proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. By conditional filing orders entered April 30, 2019 and May 7, 2019, the court advised Ouellette that he must notify the court in writing immediately upon his transfer or release and provide the court with an updated address. See ECF Nos. 3 and 8. The court warned Ouellette that failure to provide an updated address would result in dismissal of the action. Id. On April 6, 2020, an order was returned to the court as undeliverable. See ECF No. 43. The return envelope provided a forwarding address for Ouellette and, on the same day, the court resent the order to that address. Id. On April 17, 2020, the order was again returned to the court as undeliverable, with no forwarding address. See ECF No. 44. Accordingly, I will dismiss this action without prejudice for failure to comply with the court's order directing him to advise the court of any address change. Ouellette is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

**ENTER**: This 20th day of April, 2020.

*/s/ Jackson L. Kiser*
Senior United States District Judge